IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1155-AP

CELBROUGH T. GASKINS,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Virginia L. Card Smith
1763 Franklin Street
Denver, CO 80218-1124
303.394.9945
303.832.6947 (fax)
vsmith3470@aol.com

For Defendant:

Sandra Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

## 2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** May 22, 2009

    **B.     Date Complaint was Served on U.S. Attorney's Office**: June 5, 2009

    **C.     Date Answer and Administrative Record Were Filed:** August 5, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.     OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief**: October 13, 2009

    Ms. Card Smith requests briefing outside the ordinary 40-day schedule because she will be out of town the last week of September 2009.

    **B.     Response Brief due:** November 12, 2009

    **C.     Reply Brief due:** November 27, 2009

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:** The Plaintiff does not request oral argument.

    **B.     Defendant's Statement:**  The Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.      (  )      **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.      (X)      **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.   OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 24th day of August, 2009

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:

/s Virginia L. Card Smith
Virginia L. Card Smith
1763 Franklin Street
Denver, CO 80218-1124
303.394.9945
303.832.6947 (fax)
vsmith3470@aol.com


Attorney for Plaintiff

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

/s Sandra T.Krider
Sandra T. Krider
Special Assistant United States Attorney
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

Attorneys for Defendant